**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JUNE CARABELL, et al.,

        Plaintiffs,                        CASE NO. 01-CV-72797

-vs-                                    PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES ARMY CORPS OF
ENGINEERS, et al.,

        Defendants.

_____/

**<u>ORDER REMANDING THE MATTER
TO THE UNITED STATES ARMY CORP OF ENGINEERS</u>**

        Consistent with the Order of the Sixth Circuit, in Case No. 03-1700, February 12, 2007,

this Court hereby REMANDS the case to the United States Army Corps of Engineers for further

proceedings consistent with the Supreme Court's decision in *Carabell v. United States Army*

*Corps of Engineers*, 126 S. Ct. 2208 (2006).

**SO ORDERED.**

                              s/Paul D. Borman_____
                              PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  March 6, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on
March 6, 2007.

                              s/Denise Goodine_____
                              Case Manager